## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                            **CASE NO.**

**AZIZBEK T. MAMADJANOV**

---

### MOTION REQUESTING AN ORDER SEALING THE INDICTMENT

COMES NOW the United States of America, and requests that this Court issue an Order sealing the Indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. The Indictment in this cause alleges violations of Title 18, United States Code, Section 1956(h), and multiple violations of Title 18, United States Code, Section 1343, against the above defendant. The defendant is in custody at this time; however, law enforcement is attempting to locate other individuals that are members of this conspiracy. If the Indictment against this defendant becomes public, those persons that law enforcement have not apprehended are likely to flee.

2. The United States moves the Court that the Indictment remain sealed until further Order of this Court.

3. The United States further requests that the Clerk's Office provide two certified copies of the Indictment to the United States Attorney, Northern District of



2/21/07

Florida, and to the United States Marshal, Northern District of Florida.

WHEREFORE, in order to allow for the continued investigation of this conspiracy, before the Indictment is made available to the public, it is respectfully requested that the Court order the sealing of the Indictment returned in this case.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney

TIFFANY H. EGGERS
Assistant U.S. Attorney
Florida Bar No.0193968
21 E. Garden Street, Suite 400
Pensacola, FL 32502-5675
(850) 444-4000

DONE and ORDERED this 21st day of February, 2007.

UNITED STATES MAGISTRATE JUDGE