## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                             CASE NO.  3:07CR27LAC

AZIZBEK T. MAMADJANOV

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   March 7, 2007
Motion/Pleadings:   UNOPPOSED MOTION TO UNSEAL INDICTMENT
Filed by GOVERNMENT   on  3/7/2007   Doc.# 18
RESPONSES:
                                              on              Doc.#
                                              on              Doc.#

  _____ Stipulated     _____ Joint Pldg.
  x\_\_\_\_\_ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                     Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 9th day of March, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                                  *s/L.A. Collier*
                                                  ***LACEY A. COLLIER***
                                     *Senior United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.